An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

SFR INVESTMENTS POOL 1, LLC, A
NEVADA LIMITED LIABILITY
COMPANY,
               Appellant,
         vs.
BANK OF AMERICA, N.A.,
              Respondent.

No. 66482

**FILED**

JAN 0 9 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
      DEPUTY CLERK

### ORDER GRANTING MOTION TO REMAND AND DISMISSING APPEAL

The parties have filed a motion to dismiss this appeal and remand this matter to the district court pursuant to *Huneycutt v. Huneycutt*, 94 Nev. 79, 575 P.2d 585 (1978); *see also Foster v. Dingwall*, 126 Nev. 49, 228 P.3d 453 (2010). The motion is accompanied by an order of the district court certifying that upon remand it would vacate its order of August 5, 2014, dismissing the case and proceed with litigation in light of the recent *SFR* opinion.

Cause appearing, we grant the motion. We remand this matter to the district court pursuant to its certification, and we order this appeal dismissed. This dismissal is without prejudice to appellant's right to file a motion to reinstate this appeal should the district court decline to grant the relief requested.[1] Any such motion to reinstate this appeal shall

---

[1]We note that any aggrieved party may file a notice of appeal from any appealable order entered at the completion of the district court proceedings. *See* NRAP 3A.

SUPREME COURT
OF
NEVADA

(O) 1947A

15-00899

be filed within 60 days of the district court's order declining to grant the requested relief.

It is so ORDERED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. Stefany Miley, District Judge
        Howard Kim & Associates
        Akerman LLP/Las Vegas
        Eighth District Court Clerk